# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2022

## NO. 03-22-00359-CV

**Joseph McCullough, Appellant**

**v.**

**Danielle Weston, in her Representative Capacity as Trustee of the Round Rock Independent School District, Appellee**

---

**APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF JURISDICTION
OPINION BY CHIEF JUSTICE BYRNE**

---

This is an appeal from the order issued by the trial court on June 15, 2022. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.